RECEIVED
JUL 06 2020 SH
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



Lawrence Jackson Sr.

Plantiff,

V.

1:20-cv-03948
Judge Steven Seeger
Magistrate Judge Sheila M. Finnegan
PC 5

governer J.B. Pritzker, Mayor Lori Lightfoot, CCDOC Health and Hospital services, chief Judge Timothy Evans, clerk of circuit court Dorothy Brown, cook county sheriff Thomas J. Dart, attorney General Kwame Raul, states Attorney Kimi Foxx, cook county counsler mccoy Assistant states Attorney owens shelby, CCDOC court transportation team, the state of Illinois, county Board president toni preckwinkle

Defendants.

## Introduction

This is a civil rights action filed by Lawrence Jackson sr. a pretrial detainee for damages and Injunctive relief under 42 U.S.C. SS 1983, alleging denial of medical care in violation of the eigth admendment U.S. Const, also cruel and unusual punishment. Two different First admendment claims for violation of freedom of religious exercise under RFRA, RLUIPA and retaliation for writing grievances. If there is contact visits I should be able to go to chapel or have a Pastor come in and not be restricted. A sixth admendment claim for violated right of a speedy trial despite being in demand. a ninth admendment claim because their may be rights plantiff is unaware of. a fifth admendment claim for violation of Due process, a fourteenth admendment claim for

for unconditsonal living conditions during a pandemic, also a second fifth Admendment claim for being held during times of public danger. The plantiff also alleges torts of Deprevation and negligence.

## Jurisdiction

1. The court has Jurisdiction over the plantiff's claim of federal constitutional rights under 42 U.S.C. SS 1331 (i) and 1343

2. The court has Supplemental Jurisdiction over the plantiff's state law tort claims under 28 U.S.C. S 1367

3. The plantiff is incarcerated at CCDOC during events described in complaints.

4. Defendants Evans, Brown, Part are being sued in their individual capacities.

5. Defendants Foxx, Shelby, Raul, Preckwinkle are being sued in their individual capacities.

6. Defendants Pritzker, Lightfoot, State of Illinois, CCDOC transportation team are being sued in their official capacity, as well as CCDOC Health and Hospital systems.

7. All defendants have acted and continue to act, under color of state laws at all times relevant to these complaints.

## Facts

8. On march 13, 2020 the Plantiff was told courts are suspended 30 days without Explanation.

9. On April 18 it was suspended 30 more.

10. On may 18 this time with no warning or memo of Explanation it was suspended and no one is saying how long.

11. my last court date was march 6th 2020. I am pro-se I have not recieved any notice in the mail no one has contacted me, I never agreed to any continuances or waved any rights.

12. Ms. mccoy is the counsler her Job is to help pro-se defendants reach the courts but she refuses stating "your problem shouldnt have went pro-se" and left.

### Denial of Due process

13. During this pandemic I've been held with bond but no bail. I havent been to court and I'm pro-se I must be there.

### Denial of medical care

14. the medical department is shut Down unless you have covid symptoms.

### Denial of religious services

15. Theres contact visits but no religious services.

### Claims for relief

## Exhaustion of Administrative remedies

16. The Plantiff has exhausted his Administrative remedies with respect to all claims and all defendants.

17. These actions of Defendants are 1st, 5th, 6th, 8th, 9th, 14th Admendment violations and deprevation and negligence for various ailments constitute the tort negligence under the law of Illinois.

Wherefore, Plantiff requests the Court Grant the following relief:

A. Award compensatory damages in the following amounts:

1. $15 million Jointly for defendants Pritzker, lightfoot for stay at home order and psychological and emotional injuries sustained as a result.

2. $60 million Jointly for defendants State of Illinois and CCDOC court transportation team for not getting me to each court date.

3. $25 million for defendant CCDOC Health and Hospital services for no healthcare during pandemic.

B. Award punitive damages in the following amounts:

4. $50,000 each for defendants Dart, Foxx, Evans, Brown, Shelby, McCoy, Raul, Preckwinkle for supreme Deprevation of liberty and psychological and emotional injuries as a result.

C. Grant such other relief as a result of claims as it may appear that plantiff is entitled.

6-15-2020

Respectfully submitted
Lawrence Jackson Sr.

Due to Coronavirus Pandemic I can only get one copy of my trust funds, but this is 2 seperate Lawsuits Please send all copies and correspondence to p.o. Box 24571 Chicago IL 60624.