[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Lawrence Jackson Sr.
_____

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Gov. J.B. Pritzker
and tom Dart and
Judge Timothy Evans
_____

_____
(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**RECEIVED**

JUN 28 2021 CP

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No: 20 CV 3948
(To be supplied by the <u>Clerk of this Court</u>)

Honorable. Steven C. Seeger

**CHECK ONE ONLY:**       **AMENDED COMPLAINT**

✓   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

____   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS") ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

____   **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

    A. Name: Lawrence Jackson Sr.

    B. List all aliases: _____

    C. Prisoner identification number: 2018013005

    D. Place of present confinement: CCDoC

    E. Address: 2700 S. California

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: J.B. Pritzker
    Title: Governer
    Place of Employment: Illinois Government

    B. Defendant: Thomas Dart
    Title: Head Cook County Sheriff
    Place of Employment: Cook County Jail

    C. Defendant: Timothy Evans
    Title: former chief Judge of Cook County Criminal Division
    Place of Employment: former chief Judge Illinios/Chicago

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: 20C3948, 20CV2972, 19CV4204, 19CV3541, 20CV3946

B. Approximate date of filing lawsuit: I don't know dates

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Officer Williams, CeRoc Health and Hospital Services

D. List all defendants: officer Williams Ceroc Health and hospital Services, I'm not sure the rest

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): 219 S. dearborn united States Courthouse

F. Name of judge to whom case was assigned: Judge Kness the rest I'm not sure

G. Basic claim made: the claims vary

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): all are still pending except 19CV3541 this case was settled.

I. Approximate date of disposition: I'm not sure

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I am pro-se on my criminal case I put in a oral demand on Janurary 29, 2020 my states attorney did'nt show up until Feburary 29, 2020 I put in a second demand and was given a March 6, 2020 hearing Date on a motion to quash arrest and Suppress evidence and was given a April 7, 2020 date for the decision on the motion this motion was detrimental to my case as in granting it would have dismissed my case the April 7, 2020 court date came and went, I was then given a May 17, 2020 court date which came and went from there I was given a June 7th court date which came and went on June 21, 2020 I was called in for a hearing on a Bond motion which was filed in april after the first missed court date when I went in June 21, 2020 my Judge apologized Stating I'm sorry mr. Jackson one of my colleagues was supposed to hear this in April. I went month after month Sending in motions and Affidavits due to being high risk to catch COVID-19 Due to Pneumonia I caught here in the Jail which Jail and hospital officials state was a unknown form of Pneumonia in which I had a 104° fever, damaged

4                                                                                                    Revised 9/2007

Case: 1:20-cv-03948 Document #: 12 Filed: 06/28/21 Page 5 of 8 PageID #:46

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Liver, Inflammed right lung which had a quarter sized hole in it. So the Bond hearing was a very Important Court date I missed several months I was never transported by Cook County Jail officials to none of these hearings despite memo's which stated they were going on, Being posted in the Jail Tom Dart's recklessness not only endangered Me But Countless others who were high risk during this time COVID-19 hit my Deck twice But with no medical no one seemed to Care. Governer Pritzker put in place unconstitutional stay at home orders which Caused these illegal detentions leaving me in a covid hotspot he doesn't have that power only president Pro-tempre does so he violated separation of powers, By putting these orders into place. former chief Judge timothy evans violated my rights with unconstitutional General orders shutting down court while I was in demand and my speedy trial right was violated these orders also violate separation of power I was left in a death trap and missed significant hearings and court dates throughout this time I'm suing Tom dart in his official Capacity and J.B Pritzker in his official Capacity and former Judge Evans in his individual Capacity.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like this honorable court to take all torts in the Complaint as well as all damages such as punitive and all other damages the court deems plaintiff deserves.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 8th day of June, 2021

Lawrence Jackson Sr. "Without prejudice UCC 1-308"
(Signature of plaintiff or plaintiffs)

Lawrence Jackson Sr.
(Print name)

2018013005
(I.D. Number)

2700 S. California
(Address)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Lawrence Jackson Sr.
20181013005 10-40-4404
2700 S California
Chicago Illinois 60608

S SUBURBAN IL 604

22 JUN 2021 PM 8 L



2021 JUN 28  AM 8:5?



06/28/2021-26

Prisoner correspondence
United States District Court
Northern District of Illinois
Thomas G. Burton - Clerk
219 S. Dearborn Street
Chicago, Illinois 60604

60604-180099



